LAMSON CO. v. BUTLER & MACLAREN, Inc., et. al. (No. 6341.)

(Supreme Court, Appellate Division, First Department. October 30, 1914.)

DISCOVERY (§ 61*)—EXAMINATION BEFORE TRIAL—PRODUCTION OF BOOKS AND PAPERS.

Where the provision in an order for defendants' examination before trial requiring the production of books and papers was apparently unnecessary and would entail great hardship upon the corporate defendant, such provision must be vacated, and plaintiff left to obtain necessary books and papers at the time of the examination by subpœna duces tecum.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. § 75; Dec. Dig. § 61.*]

Appeal from Special Term, New York County.

Action by the Lamson Company against Butler & Maclaren, Incorporated, and others. From an order denying defendants' motion to vacate an order for examination of defendants before trial and directing the production of books and papers, defendants appeal. Order modified and affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

William L. Obrion, of New York City, for appellants.
John D. Lindsay, of New York City, for respondent.

PER CURIAM. The provision requiring the production of the books and papers seems to be unnecessary and would entail a great hardship upon the corporation. The order for the examination of the defendants should therefore be modified, by striking out the provision for the production of books and papers, leaving the plaintiff to obtain such books and papers as may be necessary for the examination by subpœna duces tecum at the time of the examination.

The order should therefore be modified, as above indicated, and, as modified, affirmed, without costs.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes